UNITED STATES DISTRICT COURT
DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 APR 13 AM 11: 26

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

John A. Olagues, Pro Se
A shareholder of Huntington Bancshares Inc

                Plaintiff

Private Right of Action
Under Section 16 b of the
Securities Act of 1934
CIVIL ACTION No. 2: 17 CV 0049

                Versus

Judge Sargus

Stephen D. Steinour, CEO and Chairman
Of Huntington Bancshares Inc and
Huntington Bancshares Inc

                Defendants

## Request for Judicial Notice.

Plaintiff Olagues request that this court take judicial notice of 3 Exhibits

1. The attached Exhibit 1 filing by Plaintiff Olagues in the section 16 (b) suit, Pro Se in the Case # 14 CV 4872 in the United States District Court in the Southern District of New York filed September 11, 2014 in Response to the Court's Order to Show Cause Why this Action should not be Dismissed for Lack of Counsel.

2. The attached Exhibit 2, the Court's order of September 22, 2014 pursuant to the filing of the Showing of Cause mentioned above and the oral hearing where the court **did not Dismiss the suit** and ordered the briefing schedule, the timing of Defendant's motion to dismiss, plaintiffs opposition and the defendants reply.

1

These 2 filings make 100% clear that Judge Woods did not dismiss the section 16 (b) suit and that Mr. Trafford is clearly trying to deceive the court to make this court believe that Judge Wood dismissed the suit for the lack of an Attorney. Olagues accommodated Judge Woods suggestion and later hired Jack Fruchter of Abraham, Fruchter & Twersky to represent Olagues in his enforcement of Section 16 (b), which is a private right of action where the penalty is to disgorge the profits to the issuer.

3. The attached Exhibit 3 is an affidavit by John Olagues, regarding Olagues and others as Pro Se Plaintiffs in Section 16 (b) cases

Respectfully Submitted

*John Olagues*                      Apr 8, 2017

John Olagues
413 Sauve Rd
River Ridge, LA 70123
504-305-4071
olagues @gmail.com