# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**John A. Olagues**

        **Plaintiff,**                  **Civil Action 2:17-cv-00049**

    **v.**                                **Chief Judge Edmund A. Sargus, Jr.**

                                        **Magistrate Judge Elizabeth A. Preston Deavers**

**Stephen D. Steinour,**

        **Defendant.**

## ORDER

On March 29, 2017, Defendants filed a Motion to Strike Plaintiff's Complaint as procedurally improper. (ECF No. 5.) Plaintiff responded on April 13, 2017. (ECF No. 9.) Plaintiff filed a Motion for Summary Judgment on April 20, 2017. (ECF No. 13.) Now, Defendants request to receive an extension of time to answer Plaintiff's Complaint and Motion for Summary Judgment for 21 days, to begin after the Court rules on Defendants' Motion to Strike.

For good cause shown, Defendants' Unopposed Motion for Extension of Time to answer, move, or otherwise respond to Plaintiff's Complaint and Motion for Summary Judgment (ECF No. 15) is hereby **GRANTED**.  Defendants will have 21 days after this Court rules on the Motion to Strike to respond to Plaintiff's Complaint and Motion for Summary Judgment.

    **IT IS SO ORDERED.**

Date: April 24, 2017                                      /s/ *Elizabeth A. Preston Deavers*
                                                               ELIZABETH A. PRESTON DEAVERS
                                                               UNITED STATES MAGISTRATE JUDGE